FILED

SEP 10 2026

Clerk, U.S. District Court
By: N. Cwp Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Jacob T Dunham )
)
)
(Enter above the full name of the Plaintiff(s) )
)
vs. ) Case Number 5:26-cv-4093
Knights of columbus )
Name )
)
Street and number )
)
City State ZipCode )

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I. Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A. Name of plaintiff Knights of Columbus

Address ______________________________

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant Knights of columbus ~~[illegible]~~ is

employed at ~~[illegible]~~ The united states Goverment.

C. Additional Defendants ____________________

____________________

____________________

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of united States of America.
2. The first-named defendant above is either
   a. a citizen of the State of ____________; or
   b. a corporation incorporated under the laws of the State of ____________ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either
   a. a citizen of the State of ____________; or
   b. a corporation incorporated under the laws of the State of ____________ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

☒ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3. Other grounds (specify and state any statute which gives rise to such grounds):

______________________________________

______________________________________

______________________________________

______________________________________

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Beged ~~my~~ the Drone Pilot to Stop trying to Hurt me with Voice to Skull transnission & Harrasment Stated I would Place my hand on the Bible & Swear to Do this If he Did Not Stop he refused so here we are.

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [ ] No [✓]

VI. Do you claim actual damages for the acts alleged in your complaint?
Yes [✓] No [ ]

VII. Do you claim punitive monetary damages? Yes [✓] No [✓]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

1 million Dollars cash to Be depositied INto AN Actual Bank of my choice F.D.I.C. Insured And Split Between Four Accounts - or The Swear on OAth to uphold the Standards of Stewatship; Honesty set forth IN there own charter and Committe to telling the truth About this matter to All they have missrepresented to or Committe to Arbitration so AN A resonable resolution can be found.

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes [X] No [ ]

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

Attempted multiple times with no clear Resolution

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

[ ] This cause, or a substantially equivalent complaint, was previously filed in this court as case number ______________ and assigned to the Honorable Judge ______________________________.

[X] Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

[signature]
Signature of Plaintiff

Jacob Durhan
Name (Print or Type)

324 w marion Edna, KS 67342
Address

______________________________________
City State Zip Code

______________________________________
Telephone Number

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { ☐ Wichita, ☐ Kansas City , or ☒ Topeka} , Kansas as the
(Select One)
location for the trial in this matter.

______________________________________
Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury { ☑ Yes or ☐ No }
(Select One)

______________________________________
Signature of Plaintiff

Dated: __________
(Rev. 10/15)